Sheri M. Thome, Esq.
Nevada Bar No. 008657
Jason R. Wigg, Esq.
Nevada Bar No. 007953
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
Email: Jason.Wigg@wilsonelser.com
*Attorneys for Defendant*
*The Travelers Indemnity Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| REINA HERNANDEZ-CRUZ, Individually,<br><br>Plaintiff,<br><br>vs.<br><br>THE TRAVELERS INDEMNITY COMPANY, a Foreign Corporation; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | Case No. 2:26-cv-02253-APG-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES TO FILE OPPOSITION AND REPLY BRIEFS TO PLAINTIFF'S MOTION TO REMAND**<br><br>**(First Request)** |

Defendant The Travelers Indemnity Company ("Travelers") and Plaintiff Reina Hernandez-Cruz ("Plaintiff"), by and through their undersigned counsel of record, hereby stipulate and agree to extend the response in opposition and reply deadlines regarding Plaintiff's Motion to Remand to State Court ("Motion") [ECF No. 8], as follows:

The parties agree to extend Travelers' deadline to file a response in opposition to Plaintiff's Motion from September 8, 2026 to **September 21, 2026**. The Parties agree to extend Plaintiff's deadline to file a reply in support of her Motion from September 15, 2026 to **September 29, 2026**.

This stipulation is submitted in compliance with LR IA 6-1. Good cause exists for the requested extension so the parties may continue discussing the possibility of stipulating to remand this matter to state court and consulting with their respective clients regarding the same. Travelers requested the extension and Plaintiff fully cooperated and agreed.

This is the parties' first request for extension of these deadlines.

DATED this 8th day of September, 2026.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: */s/ Jason R. Wigg*__________
Sheri M. Thome, Esq.
Nevada Bar No. 8657
Jason R. Wigg, Esq.
Nevada Bar No. 7953
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Sheri.Thome@wilsonelser.com
Jason.Wigg@wilsonelser.com
*Attorneys for Defendant*
*The Travelers Indemnity Company*

DATED this 8th day of September, 2026.

DIMOPOULOS INJURY LAW

By: */s/ Jared G. Christensen*_________
Steve Dimopoulos, Esq.
Nevada Bar No. 12729
Jared G. Christensen, Esq.
Nevada Bar No. 11538
400 S. 7th Street, Suite 400
jach@stevedimopoulos.com
*Attorneys for Plaintiff*
*Reina Hernandez-Cruz*

**ORDER**

GOOD CAUSE SHOWN, IT IS SO ORDERED that the deadline for Travelers to file a response in opposition to Plaintiff's Motion to Remand to State Court ("Motion") shall be extended from September 8, 2026 to **September 21, 2026**.

IT IS FURTHER ORDERED that the deadline for Plaintiff to file a reply in support of her Motion shall be extended from September 15, 2026 to **September 29, 2026**.

IT IS SO ORDERED.

______________________________
UNITED STATES DISTRICT JUDGE

DATED: September 9, 2026