Sheri M. Thome, Esq.
Nevada Bar No. 008657
Jason R. Wigg, Esq.
Nevada Bar No. 007953
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
Email: Jason.Wigg@wilsonelser.com
*Attorneys for Defendant*
*The Travelers Indemnity Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| REINA HERNANDEZ-CRUZ, Individually,<br><br>Plaintiff,<br><br>vs.<br><br>THE TRAVELERS INDEMNITY COMPANY, a Foreign Corporation; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | Case No. 2:26-cv-02253-APG-MDC<br><br>**STIPULATION TO REMAND REMOVED ACTION** |

Defendant The Travelers Indemnity Company ("Travelers") and Plaintiff Reina Hernandez-Cruz ("Plaintiff"), by and through their undersigned counsel of record, hereby stipulate and agree to remand this matter to state court, as follows:

1. On or about June 4, 2026, Plaintiff Reina Hernandez-Cruz ("Plaintiff") commenced this action by filing a Complaint in the Eighth Judicial District Court, County of Clark, Nevada, in the matter captioned *Hernandez-Cruz v. Travelers*, Case No. A-26-948100-C. Plaintiff thereafter filed a First Amended Complaint in the same action on June 11, 2026.

2. The Summons and First Amended Complaint were served on Travelers through the Nevada Division of Insurance on or about June 25, 2026.

3. On July 24, 2026, Travelers filed a Petition for Removal to Federal Court Under 28 U.S.C. §§1332 and 1441(b) with in the United States District Court District of Nevada [ECF No. 1]

and a Notice of Removal of Action to Federal Court in the Eighth Judicial District Court, County of Nevada, in Case No. A-26-948100-C. [ECF No. 1-3, Bates Nos. B0001 – B00003].

4. On August 24, 2026, Plaintiff filed a Motion to Remand to State Court. [ECF No. 8]. In her Motion, Plaintiff argued that because she is exclusively seeking no more than $25,000 in UIM benefits from Travelers, the amount in controversy is insufficient to confer the District Court with subject matter jurisdiction over this action.

5. After some discussion regarding the foregoing, Travelers and the Plaintiff agree that the most Plaintiff may recover against Travelers in any action for UM/UIM benefits in connection with the August 12, 2024 automobile accident that is the basis for Plaintiff's demand for UM/UIM benefits is $25,000, not including attorney's fees, costs and/or interest.

6. Travelers and Plaintiff therefore stipulate and agree that the action, lawsuit, and/or litigation regarding Plaintiff's demand to Travelers for UM/UIM benefits in connection with the August 12, 2024 automobile accident shall be remanded to the Eighth Judicial District Court, County of Nevada.

///

///

///

///

///

///

7. Travelers and Plaintiff further stipulate and agree that Plaintiff will file an amended complaint in the Eighth Judicial District Court, County of Nevada that excludes any claim, cause of action, or prayer for exemplary or punitive damages, breach of the implied covenant of good faith and fair dealing, and that specifically excludes or otherwise deletes from any prayer the following: "Exemplary damages for breach of the Covenant of Goof Faith and Fair Dealings."

Dated this 21st day of September, 2026

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: */s/ Jason R. Wigg*
SHERI M. THOME, ESQ.
Nevada Bar No. 8657
JASON R. WIGG, ESQ.
Nevada Bar No. 7953
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
*Attorneys for Defendant*
*The Travelers Indemnity Company*

Dated this 21st day of September, 2026

DIMOPOULOS INJURY LAW

By: */s/ Jared G. Christensen*
STEVE DIMOPOULOS, ESQ.
Nevada Bar No. 12729
JARED G. CHRISTENSEN, ESQ.
Nevada Bar No. 11538
400 S. 7th Street, Suite 400
Las Vegas, NV 89101
*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE

DATED: September 22, 2026